IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SARA M. GREINER, | |
| Plaintiff, | 8:18-CV-552 |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ORDER TO SHOW CAUSE |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 4(m), a complaint must be served within 90 days of filing the lawsuit. The plaintiff has not filed a return of service indicating service on the United States as required by Rule 4(i), nor does the record indicate that summons was requested or issued. And the defendant has not voluntarily appeared. Accordingly,

IT IS ORDERED that the plaintiff shall have until June 25, 2019 to show why this case should not be dismissed pursuant to Rule 4(m) or for want of prosecution. Failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 11th day of June, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge