IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SARA M. GREINER, | |
| Plaintiff, | 8:18-CV-552 |
| vs. | |
| ANDREW SAUL,[1] Commissioner of Social Security, | JUDGMENT |
| Defendant. | |

On the plaintiff's voluntary Motion of Dismissal (filing 5), this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated this 25th day of June, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge

---

[1] Andrew Saul is now the Commissioner of Social Security and will be automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).